COMMONWEALTH of Pennsylvania, Petitioner

v.

Frank GRAY, Respondent.

Supreme Court of Pennsylvania.

April 4, 2007.

### ORDER

PER CURIAM.

**AND NOW,** this 4th day of April 2007, the Petition for Allowance of Appeal is GRANTED in part, and decision of the Superior Court is REVERSED to the extent that the court *sua sponte* removed the sentencing judge on remand, as that directive exceeded the Superior Court's authority. *See Commonwealth v. Whitmore,* 912 A.2d 827 (Pa.2006). The matter is remanded to the Superior Court for remand to the trial court consistently with this Order.

Justice FITZGERALD did not participate in the consideration or decision of this matter.

Dr. Shirley K. CURL, Respondent

v.

SOLANCO SCHOOL DISTRICT, Petitioner.

Supreme Court of Pennsylvania.

April 4, 2007.

### ORDER

PER CURIAM:

**AND NOW,** this 4th day of April 2007, the Petition for Allowance of Appeal is GRANTED. The Order of the Commonwealth Court is VACATED and the matter is REMANDED for the court to consider the level of deference, if any, owed to the Secretary of the Department of Education's interpretation of the Certification and Staffing Policies and Guidelines. *See Davenport v. Dep't of Educ.,* 850 A.2d 802, 804 n. 3 (Pa.Cmwlth.2004); *see also Logsdon v. Dep't of Educ.,* 671 A.2d 302, 305 (Pa.Cmwlth.1996).

Justice FITZGERALD did not participate in the consideration or decision of this matter.